UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW W.,

Plaintiff,

Case No. 25-cv-11205
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.
__________________________________________________________________/

**ORDER (1) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12), (2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14), AND (3) REMANDING THIS ACTION FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

In this action, Plaintiff Andrew W. challenges the denial of his applications for Title II Disability Insurance Benefits and Title XVI Supplemental Security Income. (*See* Compl., ECF No. 1.) Andrew W. and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 12, 14.)

On September 2, 2026, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that the Court grant Andrew W.'s motion, deny the Commissioner's motion, and remand this action to the Commissioner for further administrative proceedings (the "R&R"). (*See* R&R, ECF No. 19.) At the conclusion of the R&R, the Magistrate Judge informed the parties

that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.954-955.)

The Commissioner has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because the Commissioner has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Andrew W.'s motion for summary judgment and deny the Commissioner's motion for summary judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that:

(1) Andrew W.'s motion for summary judgment (ECF No. 12) is **GRANTED**;

(2) the Commissioner's motion for summary judgment (ECF No. 14) is **DENIED**; and

(3) this action is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R and this order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126