**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

ANDREW W.,

Plaintiff,

Case No, 25-cv-11205
Hon. Matthew F. Leitman

v.

FRANK BISIGNANO,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

Defendant.

_______________________________________/

**ORDER GRANTING UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)**

WHEREAS The Plaintiff has filed a motion for seeking an award of attorney's fees pursuant to the Equal Access to Justice Act;

**IT IS HEREBY ORDERED** that the Plaintiff's motion for attorney's fees is GRANTED and Plaintiff is awarded $8,000.00 in attorney's fees;

**IT IS FURTHER ORDERED** that the aforementioned award shall be made payable to the Plaintiff and delivered care-of Plaintiff's counsel. If the Commissioner determines that the Plaintiff has no outstanding federal debt, attorney fees may be made payable to Plaintiff's counsel.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126